UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 24-cv-24827

CARLOS BRITO,
Plaintiff,
v.

M LANDMAN ENTERPRISES, LLC;
and BARZOLA DGA, INC d/b/a BARZOLA RESTAURANT,
  Defendant(s).
_____ /

## NOTICE OF SETTLEMENT

     Comes now, Defendant M LANDMAN ENTERPRISES, LLC, a Florida corporation,  by and through their undersigned counsel, and BARZOLA DGA, INC, unrepresented but joining in on this notice, respectfully notifies this Court that said parties have settled this case, the above named parties request that all deadlines be halted so parties can use the resources to file the appropriate papers with this Court, including a proposed Final Order of Dismissal with Prejudice with Retention of Jurisdiction by February 28, 2025. No prejudice will accrue to parties. The parties will receive service via CMECF.

Dated this 3rd Day of February, 2025.

     **I HEREBY CERTIFY** that a true copy hereof has been furnished via CMECF Portal, this 3rd day of February, 2025.

*/s/ Tal Shemtov*
_____
TAL SHEMTOV
Florida Bar # 28456
Attorney for Defendant M LANDMAN
ENTERPRISES, LLC
612 S.E. 5th Ave., Suite 6
Fort Lauderdale, FL 33301
(954) 329-2222
(954) 329-2211 FAX
eservice@shlawfl.com