**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-24827-PCH

CARLOS BRITO,

    Plaintiff,
v.

M LANDMAN ENTERPRISES, LLC; and
BARZOLA DGA, INC d/b/a BARZOLA
RESTAURANT,

    Defendants.
_____/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendants, M LANDMAN ENTERPRISES, LLC and BARZOLA DGA, INC d/b/a BARZOLA RESTAURANT ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.
Respectfully submitted on February 24, 2025.

<u>By:</u> /s/ *Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, Florida 33155
Telephone: (305) 350-3103
Primary E-Mail:
rdiego@lawgmp.com
Secondary E-Mail:
ramon@rjdiegolaw.com
*Co-Counsel for Plaintiff*

<u>By:</u> */s/ Tal Shemtov*
TAL SHEMTOV
Florida Bar No. 28456
**SHEMTOV & HILLSTROM, PLLC**
612 S.E. 5th Ave., Suite 6
Fort Lauderdale, FL 33301
Telephone: (954) 329-2222
E-mails: eservice@shlawfl.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on February 24, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Co-Counsel for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: */s/_Ramon J. Diego_____*
         RAMON J. DIEGO