UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24827-PCH

**CARLOS BRITO**,

    Plaintiff,

vs.

**M LANDMAN ENTERPRISES, LLC;
and BARZOLA DGA, INC.
d/b/a BARZOLA RESTAURANT**

    Defendants.

_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiff's, Carlos Brito, and Defendants', M Landman Enterprises, LLC and Barzola DGA Inc. d/b/a Barzola Restaurant, Joint Stipulation of Dismissal with Prejudice **[ECF No. 15],** which was filed on February 24, 2025.  The Court has reviewed the Stipulation and is otherwise duly advised.  Accordingly, it is

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**.  All pending motions in this civil action are thus **DENIED as MOOT**.  And the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on February 25, 2025.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record